ORIGINAL

Of Counsel:
MATSUI CHUNG SUMIDA & TSUCHIYAMA
A Law Corporation

MARILYN S.H. NAITOH   6742-0
Suite 1400 Mauka Tower
737 Bishop Street
Honolulu, Hawaii  96813
Telephone No. (808) 536-3711
Facsimile No. (808) 599-2979

Attorneys for Defendant
ASSOCIATION OF APARTMENT
OWNERS OF NIHI KAI VILLAS

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 6 2006

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

LODGED

JAN 2 5 2006

CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JULIETTE PASION,<br><br>                Plaintiff,<br>vs.<br><br>ASSOCIATION OF APARTMENT OWNERS OF NIHI KAI VILLAS; NIHI KAI VILLAS PROPERTY HOLDING CORP; and JOHN or JANE DOES/DOE ENTITIES 1-10,<br><br>                Defendants. | CIVIL NO. CV04 00397 (HG/BMK)<br><br>WITHDRAWAL AND APPEARANCE OF COUNSEL FOR DEFENDANT ASSOCIATION OF APARTMENT OWNERS OF NIHI KAI VILLAS and ORDER<br><br><br>No Trial Date. |

WITHDRAWAL AND APPEARANCE OF COUNSEL FOR DEFENDANT
ASSOCIATION OF APARTMENT OWNERS OF NIHI KAI VILLAS

Comes now the law firm of MATSUI CHUNG SUMIDA & TSUCHIYAMA, attorneys for Defendant ASSOCIATION OF APARTMENT OWNERS OF NIHI KAI VILLAS, pursuant to Rule 83.6 of the Rules of the United States District Court for the District of Hawaii, and hereby withdraws as counsel for Defendant ASSOCIATION OF APARTMENT OWNERS OF NIHI KAI VILLAS; and

Comes now the law firm of SUMIDA & TSUCHIYAMA, and hereby enters its appearance as counsel for Defendant ASSOCIATION OF APARTMENT OWNES OF NIHI KAI VILLAS.

Trial has not been scheduled in this matter.

MATSUI CHUNG SUMIDA & TSUCHIYAMA

DATED: HONOLULU, HAWAII, **JAN 2 5 2006**

MARILYN S.H. NAITOH
Withdrawing Counsel for
Defendant ASSOCIATION
APARTMENT OWNERS OF
NIHI KAI VILLAS

SUMIDA & TSUCHIYAMA

DATED: HONOLULU, HAWAII, __JAN 2 5 2006__

_[signature]_

KEVIN P.H. SUMIDA
ANTHONY L. WONG
Appearing Counsel for
Defendant ASSOCIATION OF
APARTMENT OWNERS OF
NIHI KAI VILLAS

APPROVED AND SO ORDERED:

_[signature]_

JUDGE OF THE ABOVE-ENTITLED COURT

---

PASION vs. ASSOCIATION OF APARTMENT OWNERS OF NIHI KAI VILLAS. et al.; CIVIL NO. CV04 00397 (HG/BMK); WITHDRAWAL AND APPEARANCE OF COUNSEL FOR DEFENDANT ASSOCIATION OF DWELLING APARTMENT OWNERS OF PALI KE KUA AND ORDER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JULIETTE PASION, | ) CIVIL NO. CV04 00397 (HG/BMK) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| ASSOCIATION OF APARTMENT OWNERS OF NIHI KAI VILLAS; NIHI KAI VILLAS PROPERTY HOLDING CORP; and JOHN or JANE DOES/DOE ENTITIES 1-10, | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was duly served on the following attorney(s) by hand delivery or by placing the same in the United States mail, postage prepaid, on this 25th day of January, 2006.

BRUCE F. SHERMAN, ESQ.
1164 Bishop Street, Suite 124
Honolulu, Hawai'i 96813
Attorney for Plaintiff

DATED: HONOLULU, HAWAII, JAN 2 5 2006

MARILYN S.H. NAITOH
Attorneys for Defendant
ASSOCIATION OF APARTMENT
OWNERS OF NIHI KAI VILLAS

- 4 -