ORIGINAL

Of Counsel:
SUMIDA & TSUCHIYAMA
A Limited Liability Law Company

KEVIN P.H. SUMIDA    2544-0
ANTHONY L. WONG      6018-0
Dillingham Transportation Building
735 Bishop Street, Suite 411
Honolulu, Hawai`i  96813
Telephone No. 808-356-2600

Attorney for Defendant
ASSOCIATION OF APARTMENT
OWNERS OF NIHI KAI VILLAS

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 4 2006

at 8 o'clock and 45 min. A M
SUE BEITIA, CLERK

LODGED
FEB 0 6 2006  3:35 pm
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JULIETTE PASION,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ASSOCIATION OF APARTMENT OWNERS OF NIHI KAI VILLAS; NIHI KAI VILLAS PROPERTY HOLDING CORP; and JOHN or JANE DOES/DOE ENTITIES 1-10,<br><br>　　　　　Defendants. | CIVIL NO. CV04 00397 (HG/BMK)<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES; ORDER<br><br><br><br><br><br><br><br>No Trial Date. |

STIPULATION FOR DISMISSAL WITH
PREJUDICE OF ALL CLAIMS AND PARTIES

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties described hereinbelow, through their respective counsel, hereby stipulate that the Complaint filed herein be dismissed with prejudice, each party to bear his/her own costs and attorney's fees.

This stipulation is signed by or on behalf of all appearing parties hereunder described. No Doe defendants were identified or represented in this case. There are no remaining parties and/or issues.

Trial has not been scheduled in this matter.

DATED: HONOLULU, HAWAII, Jan 31, 2006

_____
BRUCE F. SHERMAN
Attorney for Plaintiff
JULIETTE PASION


DATED: HONOLULU, HAWAII, January 31, 2006

_____
KEVIN P. H. SUMIDA
ANTHONY L. WONG
Attorneys for Defendant
ASSOCIATION OF APARTMENT
OWNERS OF NIHI KAI VILLAS


APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT